**Order filed December 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00646-CV
_____

### ERIC D. BURNS, Appellant

### V.

### JAMES A. WHITE, ET AL, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-268373**

# O R D E R

Appellant's brief was due December 3, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before January 21, 2021, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.